1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11    IQ ACADEMY OF CALIFORNIA- LOS
ANGELES,                                       )    Case No.: 1:20-CV-0719- JLT
                                               )
12                      Plaintiff,             )    ORDER DISMISSING THE ACTION
                                               )
13          v.                                 )
                                               )
14    SHERRY RICHARDS-MONAHAN,                 )
                                               )
15                      Defendant.             )
                                               )
16    _____          )
                                               )
17    AND RELATED CROSS-CLAIMS                 )
                                               )
18    _____

19        The parties have stipulated to dismiss this case in its entirety with prejudice and with the

20    parties to bear their own fees and costs. (Doc. 15).  Therefore, the Court ORDERS this matter is

21    DISMISSED with PREJUDICE.

22

23    IT IS SO ORDERED.

24        Dated:   __**March 8, 2021**__              ____**/s/ Jennifer L. Thurston**
25                                                    UNITED STATES MAGISTRATE JUDGE

26

27

28